UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-15759 |
| District Court/Agency Case Number(s): | 5:11-cv-00379-EJD N |
| District Court/Agency Location: | Northern California, San Jose Division |
| Case Name: | In re: Netflix Privacy Litigation  v. |
| If District Court, docket entry number(s) of order(s) appealed from: | 256 and 257 |
| Name of party/parties submitting this form: | Tracey C. Klinge |

Please briefly describe the dispute that gave rise to this lawsuit.

This action was a class action filed against Netflix for violation of the Video Privacy Protection Act, California Customer Records Act and California Unfair Competition Law. Appellant Klinge is a member of the class and objected to the terms of the settlement.

Briefly describe the result below and the main issues on appeal.

Klinge objected and expects the issues on appeal to be lack of benefit to the class, conflict of interest between the class representatives and the class, failure to adequately represent the class , failure of the attorneys to adequately represent the class, whether expenses of class counsel should be included in the amount of recovery by the class, improper use of cy pres and excessive attorney fees.

Describe any proceedings remaining below or any related proceedings in other tribunals.

The following cases are also appeals of the same District Court orders, 13-15725, 13015733, 13-15734, 13-15751 and 13-15754. It could be appropriate for the cases to be consolidated

Provide any other thoughts you would like to bring to the attention of the mediator.

Mediation could be helpful

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: /s/Thomas L. Cox Jr.

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Tracey C. Klinge

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.